**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 17-40042-JPG |
| Plaintiff, | ) | |
| | ) | Title 18, United States Code, |
| vs. | ) | Sections 922(a)(1)(A), 922(g)(3), |
| | ) | 924(a), and 1001(a)(2) |
| AUSTIN KENNETH SIMS, | ) | |
| | ) | Title 28, United States Code, |
| Defendant. | ) | Section 2461(c) |

**INDICTMENT**

FILED
JUL 1 2 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

**THE GRAND JURY CHARGES:**

### COUNT 1

**Engaging in the Business Without a License (Firearms)**

From on or about April 24, 2014, to on or about August 1, 2016, in Williamson County, Illinois, within the Southern District of Illinois, and elsewhere,

**AUSTIN KENNETH SIMS**,

defendant, not being a licensed dealer of firearms within the meaning of Chapter 44 in Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT 2

**Prohibited Person (Drug User) in Possession of a Firearm**

On or about April 29, 2016, in Williamson County, Illinois, within the Southern District of Illinois, and elsewhere,

**AUSTIN KENNETH SIMS,**

defendant, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting interstate or foreign commerce, a firearm, that is, one Romarm/Cugir, Model Draco, 7.62-caliber pistol with serial number DA-9259-15, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 3

**False Statement Made to an Agency of the United States**

On or about August 4, 2016, in Marion, Williamson County, Illinois, within the Southern District of Illinois, and elsewhere,

**AUSTIN KENNETH SIMS,**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by making numerous false statements to ATF agents regarding the number of firearms sold, the individuals to whom the firearms were sold, and his past and ongoing abuse of controlled substances, at the Marion Illinois Police Department. The statements were false because, as Sims then and there knew, he had sold more firearms, to more individuals, and had been abusing controlled substances for a longer period and in greater amounts than he had previously stated to the agents, in violation of Title 18, United States Code Section 1001(a)(2).

## FORFEITURE OF FIREARMS AND AMMUNITION ALLEGATION
## FOR COUNTS 1 AND 2

Upon conviction of the offense alleged in Counts 1 and/or 2 of this Indictment, the defendant,

**AUSTIN KENNETH SIMS,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms, magazines and ammunition involved or used in any knowing violation of the offenses described in Counts 1 and/or 2 of this Indictment, including but not limited to the following:

| Manufacturer | Model | Caliber | Type | Serial No. |
|---|---|---|---|---|
| Tanfoglio, F.LLI S.N.C. | Witness | 9mm | Pistol | MT13860 |
| Charter Arms | Undercover | 38 | Revolver | 14-24765 |
| TNW | ASR | 9mm | Rifle | L1120 |
| Romarm/Cugir | Draco | 7.62 | Pistol | DA-9259-15 |
| Glock GmBH | 26 | 9mm | Pistol | BBTR046 |
| Llama | 1911 | 9mm | Pistol | B29319 |
| Smith & Wesson | 4006 | 40 | Pistol | TZN8696 |

**A TRUE BILL**

FOREPERSON

DONALD S. BOYCE
United States Attorney
Southern District of Illinois

WILLIAM E. COONAN
Assistant United States Attorney

Bond Recommendation:  Detention

3